# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Halcon Operating Co., Inc., | ) | |
| Enerplus Resources (USA) Corporation, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Power Service, Inc., | ) | Case No. 1:20-cv-032 |
| | ) | |
| Defendant. | ) | |

On May 10, 2022, the parties filed a Third Stipulation to Extend & Modify Deadlines. (Doc. No. 30). The court **ADOPTS** the parties' stipulation (Doc. No. 30) and **AMENDS** the pretrial deadlines as follows:

1. The deadlines for exchanging complete expert witness reports are as follows:

    a. June 6, 2022, for plaintiffs;

    b. July 6, 2022, for defendant; and

    c. July 27, 2022, for any plaintiffs' rebuttal experts.

2. The parties shall have until August 19, 2022, to complete discovery depositions of expert witnesses.

The final pretrial conference set for September 20, 2022, shall be rescheduled for September 13, 2022, at 9:00 AM by telephone before the undersigned. To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 11th day of May, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court